UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD WRIGHT SIGMUND,**<br>    Plaintiff,<br><br>        v.<br><br>**STARWOOD URBAN RETAIL VI, LLC,** *et al.*,<br>    Defendants.<br><br>---<br><br>**DONALD WRIGHT SIGMUND,**<br>    Plaintiff,<br><br>        v.<br><br>**CASSIDY & PINKARD, INC.,** *et al.*,<br>    Defendants. | Civil Action No. 03-1507 (ESH/JMF)<br><br><br><br><br><br><br><br><br>Civil Action No. 05-1366 (ESH/JMF) |

**ORDER**

This case was referred to me for resolution of discovery disputes and establishing a schedule for completing liability discovery and filing dispositive motions. The parties came before me for a status conference on April 19, 2006 and, after considering the requests of the parties, it is hereby, **ORDERED** that the parties shall comply will the following directives:

1. Plaintiff shall have until April 28, 2006 to file any motion to compel regarding the Rule 30(b)(6) deposition testimony of defendant Starwood Urban Investments VI, LLC that occurred on January 12, 2006, defendants shall have until May 8, 2006 to file any opposition to such motion, and plaintiff shall have until May 12, 2006 to file any reply to such opposition;

2. Plaintiff shall have until July 3, 2006 to designate expert witnesses;

3. Defendants shall have until September 15, 2006 to designate expert witnesses;

4. The parties shall immediately meet and confer to agree upon five separate dates for the deposition of plaintiff's designated expert witnesses and five separate dates for the deposition of defendants' designated expert witnesses. Plaintiff's experts shall be deposed on or before August 31, 2006 and defendants' experts shall be deposed on or before November 15, 2006. Counsel shall not schedule any conflicting professional responsibilities for the selected ten days. Counsel shall file a joint notice with the Court by May 19, 2006 specifying the ten agreed upon dates;

5. Dispositive motions shall be filed by December 1, 2006, with an exception for third party defendant Wolf & Cohen Life Insurance, Inc., who may file a dispositive motion at any time on or before December 1, 2006. Oppositions and replies to dispositive motions shall be filed in accordance with the Local and Federal Rules of Civil Procedure.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: