UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD WRIGHT SIGMUND,**<br>    Plaintiff,<br><br>            v.<br><br>**STARWOOD URBAN RETAIL VI, LLC,** *et al.,*<br>    Defendants. | Civil Action No. 03-1507 (ESH/JMF) |
| **DONALD WRIGHT SIGMUND,**<br>    Plaintiff,<br><br>            v.<br><br>**CASSIDY & PINKARD, INC.,** *et al.,*<br>    Defendants. | Civil Action No. 05-1366 (ESH/JMF) |

**ORDER**

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that Plaintiff's Motion to Compel Defendant Starwood's Designated Representative to Answer Questions Posed at Deposition [#68] is **GRANTED**.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: