UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD WRIGHT SIGMUND,**   )<br>)<br>**Plaintiff,**   )<br>)<br>v.   )<br>)<br>**STARWOOD URBAN INVESTMENT,** *et al.*,   )<br>)<br>**Defendants.**   )<br>_____)   | Civil Action No. 03-1507 (ESH) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the summary judgment motions of defendants Starwood Urban Retail, VI, LLC [Dkt. 86], Cassidy & Pinkard Property Services, LLC, Cassidy & Pinkard, Inc. [Dkt. 82], Standard Parking Corporation, Standard Parking Corporation IL, Standard Parking L.P., and APCOA, Inc. [Dkt. 84] are hereby **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. Plaintiff Donald Wright Sigmund's Motion for a Hearing [Dkt. 95], defendant Standard Parking's Motion for a Hearing [Dkt. 85], and third-party defendant Wolf & Cohen's Motion for Summary Judgment [Dkt. 87] are **DENIED AS MOOT**.

So ordered.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

February 28, 2007